## S97A0201. NALLY v. HOWELL.
### (487 SE2d 600)

THOMPSON, Justice.

Following a contractual dispute between Paul Nally and Bennett Motor Express ("Bennett"), Nally met with Judge Shepherd Howell and presented him with an application for a criminal warrant, asserting Bennett and its executive officers had committed the offense of theft by taking. Judge Howell declined to issue a warrant, taking the position that the dispute should be pursued civilly, not criminally. Because Nally could not appeal in the absence of a written order, Nally filed a petition for mandamus to compel Judge Howell to render his refusal to issue a warrant in writing. The petition was dismissed for failure to state a claim and Nally appealed.

1. Mandamus will not issue to compel a judicial officer to issue an arrest warrant in the absence of a gross abuse of discretion. *Chisholm v. Cofer,* 264 Ga. 512 (448 SE2d 369) (1994); *Jersawitz v. Bodiford,* 258 Ga. 829 (377 SE2d 502) (1989). We find no abuse of discretion in the refusal to issue an arrest warrant in this case. *Chisholm v. Cofer,* supra.

2. In light of our ruling in Division 1, we need not decide whether Judge Howell's refusal to issue an arrest warrant should have been reduced to a writing.

*Judgment affirmed. All the Justices concur.*

DECIDED APRIL 14, 1997 —
RECONSIDERATION DENIED MAY 30, 1997.

Paul L. Nally, *pro se.*

*Michael J. Bowers, Attorney General, Rebecca S. Mick, Assistant Attorney General,* for appellee.